Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALESSANDRA NICOLE ROGERS,

      Plaintiff,

      vs          2:21-cv-00445-SWS-KHR

STANTON RIGGS, CLAY CORN,
DINA HOLCOMB, DANIEL ORNELAS,
SUSAN GOLDSTROM in their official
and individual capacities, AND
CHAVES COUNTY,

      Defendants.

VIDEOTAPED DEPOSITION OF ALESSANDRA NICOLE ROGERS
MAY 17, 2022
9:03 A.M.
HOLIDAY INN EXPRESS
3 MILITARY HEIGHTS
ROSWELL, NEW MEXICO 88201

      PURSUANT TO THE NEW MEXICO FEDERAL RULES OF CIVIL PROCEDURE this deposition was:

TAKEN BY:    JONLYN M. MARTINEZ, ESQ.

REPORTED BY:  KIM KAY SHOLLENBARGER, RPR
              NEW MEXICO CCR#236
              PAUL BACA PROFESSIONAL COURT REPORTING
              500 4th STREET, NORTHWEST, SUITE 105
              ALBUQUERQUE, NEW MEXICO 87102

Page 202

1  indicate it's from you.
2  A.  Oh, I don't know.
3  Q.  You drafted it and how did you circulate it?
4  A.  I don't know what you mean.
5  Q.  You said you drafted that petition or complaint, how
6  did you circulate it to everybody?
7  A.  I didn't.
8  Q.  How did everybody know to sign it?
9  A.  I don't know.
10 Q.  Do you know who submitted it?
11 A.  No, I don't.
12 Q.  So you drafted it, and then what happened to it?
13 A.  I don't know.  It went around.
14 Q.  You drafted it at your home computer or your work
15 computer?
16 A.  I believe home computer, I'm not sure.
17 Q.  And then you printed it on your home printer?
18 A.  No.
19 Q.  Where did you print it?
20 A.  I don't think I printed it.
21 Q.  Where did you send it after you drafted it?
22 A.  I don't remember.
23 Q.  So you drafted it and then you don't remember sending
24 it to anybody and then people signed it and you don't know
25 how they got it, and then it was submitted and you don't know

Page 203

1  by who, that's your testimony?
2  A.  Right, I didn't do any of that.
3  Q.  I just want to be clear.  It's your testimony that you
4  drafted on your computer, and then you don't know what
5  happened to it and you don't though how anyone else got it?
6  A.  Right.
7  Q.  And you don't know how it was submitted to the County?
8  A.  No, I don't recall.  I know that I didn't do it.
9  Q.  Do you know who signed it?
10 A.  No.  Can I take a break?
11      MS. MARTINEZ:  Yes.
12      THE VIDEOGRAPHER:  The time is 4:12 p.m.  We are off
13 the record.
14      (Recess at 4:12 p.m. to 4:23 p.m.)
15      THE VIDEOGRAPHER:  The time is 4:23 p.m.  We are on
16 the record.
17 Q.  (Ms. Martinez) Over the break I found what I was
18 looking for and I have marked it as Exhibit D.  Is this the
19 Petition that was submitted?
20 A.  Appears to be.
21 Q.  Is this the document that you drafted?
22 A.  Yes.
23 Q.  Do you even insert the boxes at the bottom, the table?
24 A.  I don't remember, but maybe.
25 Q.  Your testimony prior to the break was, you drafted the

Page 204

1  document, it was in your computer and you don't know what
2  happened to it after that; is that right?
3  A.  I don't remember what happened.
4  Q.  Let's look really quickly at your response to
5  Interrogatory Number 3.  I ask you for the name, address and
6  phone number of all current or former employees who signed
7  the Petitioner and you objected to the interrogatory and then
8  you said -- ask, please list the name, address and phone
9  number of all employees and you say you object to this
10 interrogatory as unduly broad and burdensome, duplicative,
11 illogical, compound and seeks information already with
12 Defendant's custody and control and therefore not within the
13 scope of the Rules of Civil Procedure.  Are you in possession
14 of this document, which is Exhibit D to your deposition?
15 A.  In my hand?
16 Q.  Prior to me handing it to you today, do you possess a
17 copy of this document?
18 A.  No, I don't think so.
19 Q.  How did you learn about Exhibit D?
20 A.  What do you mean?
21 Q.  How did you learn that the document that you wrote was
22 submitted to the County?
23 A.  I don't quite understand what you mean.  I know that --
24 I don't quite understand what you mean.  What do you mean?
25 Q.  How did you learn that this Petition was submitted to

Page 205

1  Chaves County?
2  A.  I think when they stated that there was a Petition
3  signed or vote of no confidence or somebody was like --
4  mentioned this, I just I can't remember -- somebody in admin.
5  Q.  Somebody in administration mentioned this to you?
6  A.  Yes, I just can't remember if it was Clay Corn or Stan
7  Riggs.
8  Q.  It's your testimony that the County Manager brought
9  this to your attention?
10 A.  I can't remember who did.
11 Q.  Did you sign this document?
12 A.  Yes.
13 Q.  Where is your signature?
14 A.  I'm not sure.  Number 13 or 14.
15 Q.  On the first page?
16 A.  Uh-huh, under, under Andrade.
17 Q.  That's your signature on the left, then your
18 handwritten name and you signed it 6/10 of '20?
19 A.  Yes.
20 Q.  Who gave it to you for you to sign it?
21 A.  I don't know.  Maybe Officer Lopez.  I'm not sure.
22 Q.  Who did you give it back to?
23 A.  If it was him, I gave it back to him.
24 Q.  Can you read me the names of the individuals on this
25 list and tell me whether they are still employed with the